IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO.:

CONTINUUM CONDOMINIUM ASSOCIATION,
INC.,

Plaintiff,

Vs.

MT. HAWLEY INSURANCE COMPANY,

_____ Defendant    /

## NOTICE OF REMOVAL

Petitioner, MT. HAWLEY INSURANCE COMPANY, an  insurance corporation organized

and existing under the laws of the state of  Illinois by its undersigned attorneys, respectfully files

this, its Notice of Removal and as grounds therefore would show:

1.      That a civil action was commenced and is now pending in the Eleventh Judicial

Circuit Court, in and for Miami-Dade County, Florida.

2.      That this action was commenced in said court on or about September 29, 2010, by

the filing of a Complaint, a true copy of which is attached hereto and marked as Composite Exhibit

"A", said action being entitled CONTINUUM CONDOMINIUM ASSOCIATION, INC.  Plaintiff,

v. MT.  HAWLEY  INSURANCE  COMPANY, a foreign  insurance  company, Defendant, Civil

Case Number 10-47011ca21.

3.      Summons was issued from the Circuit Court on or about August 27, 2010, to the

Defendant, MT. HAWLEY INSURANCE COMPANY, a copy of said Summons being attached hereto and marked as Exhibit "B".

4.      That the Summons was served upon the Defendant via Electronic Delivery by The Florida Department of Financial Services to Mt. Hawley Insurance Company, Daniel O. Kennedy (dan_kennedy@rlicorp.com) RLI Insurance Company. A copy of the Notice of Service of Process is attached hereto and marked as Exhibit "C".

5.      The Complaint is the initial pleading setting forth the claim upon which the action is based. Defendant received a complimentary copy of the Complaint and first received a served copy of the Complaint in the above matter on or about September 29, 2010 . Defendant will serve its Answer to the Complaint upon Plaintiff by October 29, 2010 in compliance with an extension of time to serve a response to the Complaint granted by plaintiff's counsel.

6.      The above described action is a civil action of which this court has original jurisdiction under 28 U.S.C.A. Section 1332 and is one which may be removed to this Court by the Petitioner, Defendant therein, pursuant to the provisions of 28 U.S.C.A. Section 1441 in that it involves a controversy between citizens of different states which exceed the sum of Seventy Five Thousand ($75,000.00) Dollars, exclusive of interest and costs as designated in the attached estimate prepared by Able Adjusting, the insured's public adjuster. Excerpts of the estimate are attached and designed at "Composite Exhibit D" The entire estimate is in the possession of both parties but not attached hereto due to its volume (136 pages). At the time of the commencement of this action and at all times since, the Defendant has been and still is a citizen of Illinois, the state of its incorporation and the state in which it has its principal place of business, and the Plaintiff has been and remains a citizen of the state of Florida and is the state in which it has its principal place of business. Defendant is not now nor was at the time of the institution of this action, a citizen of

Florida.

WHEREFORE, Petitioner prays that the action now pending against it in the Eleventh Judicial Circuit Court, Miami-Dade County, Florida, be removed therefrom to this Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail Delivery to **Ralf R. Rodriguez, Esquire & Seth I. Rubinson, Esquire, Peckar & Abramson, One Southeast Third Ave., Suite 3100, Miami, FL 33131** , this ____4th____ day of October, 2010.


JANET L. BROWN
Attorney-at-Law
jbrown@boehmbrown.com
Florida Bar No. : 226629
BOEHM, BROWN, FISCHER, HARWOOD,
 KELLY & SCHEIHING, P.A.
P.O. BOX 2593
Orlando, Florida 32802
or
101 Southhall Lane, Suite 375
Maitland, FL 32751
(407) 660-0990
(407) 660-5052 Facsimile
Attorneys for Defendant

st